UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BEVERLY SEVCIK; et al.,<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; et al.,<br><br>        Defendants - Appellees,<br><br>and<br><br>COALITION FOR THE PROTECTION OF MARRIAGE,<br><br>        Intervenor-Defendant - Appellee. | No. 12-17668<br><br>D.C. No. 2:12-cv-00578-RCJ-PAL<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

Appellants' motion for an extension of time to file the opening brief is granted. The appellants' opening brief is due October 18, 2013; appellees' answering briefs ares due November 18, 2013; and the optional reply brief is due within 14 days after service of the answering brief.

                              FOR THE COURT:
                              Molly C. Dwyer
                              Clerk of Court

                              Cathie Gottlieb
                              Deputy Clerk

Ninth Circuit Rules 27-7 and 27-10

Ninth Circuit Rules 27-7 and 27-10