# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 12-17668 |
| Case Title | Beverly Sevcik et al. v. Brian Sandoval et al. |

assigned for hearing:

| | | | | | |
|---|---|---|---|---|---|
| Date | September 8, 2014 | Time | 1:00 p.m. | Courtroom | #1 |
| Location | San Francisco | | | | |

Counsel to argue (or, if argument to be presented "in pro per" enter party information):

| | |
|---|---|
| Name | Monte Neil Stewart |
| Address | 12550 W. Explorer Drive, Suite 100 |
| City | Boise |
| State | ID |
| Zip Code | 83713 |
| Phone | (208) 345-3333 |
| Email Address | stewart@stm-law.com |
| Party/parties represented | Coalition for the Protection of Marriage |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Monte Neil Stewart | Date | August 21, 2014 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight*: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190