OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 12-17668 |
| Case Title | Sevcik, et al. v. Sandoval, et al. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | Sept. 8, 2014 | Time | 1 p.m. | Courtroom | 1 |

| | |
|---|---|
| Location | The James R. Browning Courthouse, San Francisco, California |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Tara L. Borelli |
| Address | 730 Peachtree Street, N.E., Suite 1070<br>Atlanta, GA 30308-1210 |
| City | Atlanta |
| State | GA |
| Zip Code | 30308 |
| Phone | (404) 897-1880 |
| Email Address | tborelli@lambdalegal.org |
| Party/parties represented | Plaintiffs-Appellants |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Tara L. Borelli | Date | August 21, 2014 |

## Filing Instructions
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight*: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190