**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| BEVERLY SEVCIK; et al., | Case No. 12-17668 |
| | D.C. No. 2:12-cv-00578-RCJ-PAL |
| Plaintiff/Appellant, | District of Nevada, |
| | Las Vegas |
| v. | |
| BRIAN SANDOVAL, in his official capacity as Governor of the State of Nevada; et al., | |
| Defendants/Appellees. | |

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
CASE NO. 3:08-cv-00418-ECR-RAM

**WASHOE COUNTY'S RESPONSE TO INTERVENOR-DEFENDANT-APPELLEE'S PETITION FOR REHEARING EN BANC**

RICHARD A. GAMMICK
Washoe County District Attorney
HERBERT B. KAPLAN
Deputy District Attorney
P. O. Box 11130
Reno, NV 89520

ATTORNEYS FOR APPELLEE,
WASHOE COUNTY CLERK

Appellee, Washoe County Clerk, pursuant to the Order entered by this Court on October 22, 2014, hereby respectfully responds to the Intervenor-Defendant-Appellee's petition for rehearing en banc filed herein by stating that the Washoe County Clerk has taken no position in this matter from its inception and continues to take no position on the issues herein.

RESPECTFULLY SUBMITTED this 24th day of October, 2014.

        RICHARD GAMMICK
        Washoe County District Attorney

        By   /s/ Herbert B. Kaplan
           HERBERT B. KAPLAN
           Deputy District Attorney
           P. O. Box 11130
           Reno, NV 89520
           (775) 337-5700

        ATTORNEYS FOR APPELLEE
        WASHOE COUNTY CLERK

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuite by using the appellate CM/ECF system on August 19, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

Dated this 24th day of October, 2014.

                                          /s/ Tina Galli
                                        Tina Galli